

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2020

BY CM/ECF

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re: United States v. Pedro Jaramillo
17 Cr. 004 (LTS); 20 Civ. 3570 (LTS)

Dear Judge Swain:

    The Government respectfully writes regarding the motion brought by Petitioner Pedro Jaramillo under Title 28, United States Code, Section 2255 (the "Motion"), to vacate his sentence on the basis that defense counsel in the underlying criminal case, *United States v. Pedro Jaramillo*, 14 Cr. 004 (LTS), was constitutionally ineffective. Having reviewed the Motion, the Government believes that its resolution may depend on fact-finding, including about communications between Petitioner and his counsel in the criminal case, Mr. Roberto Pagan-Lopez, Esq. The Government intends to promptly inquire of Mr. Pagan-Lopez whether he intends to waive attorney-client privilege and provide an affidavit concerning the factual allegations alleged in the Motion. The Government respectfully requests that the Court adjourn the date by which the Government must respond to the Motion for sixty days, from July 7, 2020 to September 7, 2020.

The requested adjournment is granted. Chambers will mail a copy of this endorsed order to Mr. Jaramillo. DE#4 resolved.

SO ORDERED.
6/30/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
   /s/
Andrea M. Griswold
Assistant United States Attorney
(212) 637-1205

Enclosure

cc: Mr. Roberto Pagan-Lopez, Esq. (via ECF and Email)