United States District Court
for The Southern District of New York

Pedro Jaramillo          20-CV-3570-LTS
                         17-CR-4-LTS
V

U.S.A.                   **MEMO ENDORSED**

MOTION

Comes petitioner Pedro Jaramillo acting pro se and files this motion with court.

Petitioner filed a motion to vacate (28 USC § 2255) on May 5, 2020.

The court ordered US government to file a response to petitioner's motion withing 60 days of order, but yet the government not filed an answer to petitioner's motion, giving then an extension of 60 days on June 30, 2020.

The government having disowned the order of this court should be precluded from opposing petitioner's motion and proceed as the motion fully submitted to courts consideration.

The government not having any evidence to oppose the grounds of the motion, this court should grant the motion based on the allegation of the motion itself.

Submitted today September 16, 2020

Pedro Jaramillo 78516-054
Allenwood LSCI
White Deer, PA 17887

The Court has granted the Government's request for a final extension of its Opposition deadline to October 8, 2020. DE#69 resolved. Chambers will mail a copy of this endorsed order to Mr. Jaramillo.
SO ORDERED.
9/24/2020
/s/ Laura Taylor Swain, USDJ





7019 0160 0000 5801 3432

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

PEDRO JARAMILLO 78516-054
LSCI ALLENWOOD
P.O. BOX 1000
WHITE DEER, PA 17887

Low Security Correctional
Allenwood, PA
Date _____

The enclosed letter was processed through
special mailing procedures for
you. The letter has neither been opened or
inspected. If the writer raises a question or
problem over which this facility has
jurisdiction, you may wish to return the
material for further information or clarification.