UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

                                                             No. 17 CR 4-LTS

      -against-

PEDRO JARAMILLO,

              Defendant.
-------------------------------------------------------x

## ORDER

The Court has received and reviewed the attached letter from Defendant asking this Court to approve his request to appeal in forma pauperis. The Court already considered and granted Defendant's request to proceed on appeal in forma pauperis on October 29, 2020. (Docket Entry No. 76.) Accordingly, Defendant's request is moot.

      SO ORDERED.

Dated: New York, New York
       November 13, 2020

                                                      /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     United States District Judge

Copy Mailed to:      Pedro Jaramillo 78516-054
                            LSCI Allenwood
                            P.O. Box 1000
                            White Deer, Pa 17887