UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>PEDRO JARAMILLO,<br><br>                    Defendant. | 17-CR-4-LTS-1<br><br>ORDER |

Laura Taylor Swain, Chief District Judge:

On September 18, 2017, the defendant was sentenced principally to a term of imprisonment of 144 months.  On May 16, 2024, the defendant filed a motion requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023, and applies retroactively.  (Docket entry no. 81.)  The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction.

The Court has considered the record in this case, and the submissions on this motion of Mr. Jaramillo.  It is hereby ORDERED that the defendant is ineligible for this reduction because Mr. Jaramillo, having been convicted of personally committing a crime that caused substantial financial hardship to victims, does not meet all of the required criteria to be eligible for the zero-point offender offense level reduction pursuant to USSG § 4C1.1, and this motion is denied.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Jaramillo at the address below.

SO ORDERED.

/s/ Laura Taylor Swain
Laura Taylor Swain
Chief United States District Judge

Dated: June 11, 2024
      New York, New York

<u>Mail to:</u>
Pedro Jaramillo
Register No. 78516-054
LSCI Allenwood
P.O. Box 1000
White Deer, PA 17887